**SO ORDERED:** 11/13/19

_____
HON. ALISON J. NATHAN
UNITED STATES DISTRICT JUDGE

LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: NOV 1 3 2019

November 7, 2019

Hon. Alison J. Nathan
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

Filed By ECF

re: USA v. Richard Martinez
18 cr 526 (AJN)

> Mr. Martinez's sentencing is hereby adjourned to December 12, 2019 at 3:00 p.m. Pursuant to the Court's Individual Practices in Criminal Cases, sentencing submissions from the Defendant are due one week prior to sentencing. The Government's submission is due three days prior to sentencing.
>
> If MCC fails to furnish Mr. Martinez with the requested records by November 25, 2019, he may propose an order to this Court seeking MCC compliance with his records request.
> SO ORDERED.

Dear Judge Nathan;

    I write to your Honor reluctantly, but out of necessity. For months Martinez's urine has contained substantial amounts of blood. Recently, his problems have worsened, including severe stomach pain. I wrote a letter to the Warden on 9-3-19, so that Martinez would receive needed medical treatment. While Martinez has been examined by a physician, he has received no treatment for his medical problems. Martinez has requested I write to your Honor to advise the Court of his lack of medical treatment.
    In connection with sentencing I wrote to the medical records department at the MCC on 8-5-19, and 10-1-19, requesting to be furnished with Martinez's medical records in connection with sentencing, now scheduled for November 21, 2019. I have received no response of any kind from the MCC.
    Consequently, I write to your Honor to request an adjournment of the 11-21-19 Martinez sentencing to a date in mid-December, convenient to the Court.

Respectfully,

*/s/ B. Alan Seidler*
B. Alan Seidler

bas/ee