DEC 2 2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------x
UNITED STATES OF AMERICA

    v.

RICHARD MARTINEZ,       ORDER
                            18 Cr. 526(AJN)
    Defendant.
----------------------------------x

TO: UNITED STATES BUREAU OF PRISONS
    UNITED STATES MARSHAL'S SERVICE
    WARDEN METROPOLITAN CORRECTION CENTER

    Based on the written application by defendant's attorney Alan Seidler made before this Court on November 25, 2019, it is hereby

    ORDERED, that the medical records of inmate Richard Martinez [inmate #27758-050] within the custody and/or control of the UNITED STATES BUREAU OF PRISONS, and/or the UNITED STATES MARSHAL'S SERVICE, and/or the WARDEN of the METROPOLITAN CORRECTION CENTER, or their designated subordinates, be forthwith supplied to attorney B. Alan Seidler, 580 Broadway, room 402, New York, NY 10012, attorney for Martinez.

DATED: November 26, 2019.

ENTER, /s/ Alison J. Nathan

Alison J. Nathan
UNITED STATES DISTRICT JUDGE