UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Richard Martinez,

Defendant.

18-cr-526 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The Court is in receipt of Mr. Martinez's April 18, 2020 letter, Dkt. No. 286, seeking his release on home detention pending his sentencing. The Government shall respond to Mr. Martinez's April 18 letter by April 19, 2020.

SO ORDERED.

Dated: April 18, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge