USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/20/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

United States of America,

–v–

Richard Martinez,

Defendant.

---

18-cr-526 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

Defendant's application for bail pending sentencing is GRANTED on consent. *See* Dkt. Nos. 286, 287. In particular, the Court determines that, in light of Defendant's health issues and the dire circumstances presented by COVID-19, exceptional reasons exist to grant Defendant temporary release on bail pursuant to 18 U.S.C. § 3145(c). *See* 18 U.S.C. § 3145(c).

Accordingly, Defendant shall be RELEASED immediately. The parties shall meet and confer with one another and with Pretrial Services and propose conditions of release by April 21, 2020 at 5 p.m.

SO ORDERED.

Dated: April 20, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge