LAW OFFICE
OF
**B. ALAN SEIDLER**
580 BROADWAY
NEW YORK, NEW YORK 10012

TELEPHONE
(212) 334-3131
SEIDLERLAW@GMAIL.COM

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 6/25/20

June 18, 2020

Hon. Alison J. Nathan
United States District Judge
United States Courthouse
40 Centre Street
New York, NY 10007

Filed By ECF

SO ORDERED  6/25/20

Alison J. Nathan, U.S.D.J.

re: USA v. Richard Martinez
   18 cr 526 (AJN)

Dear Judge Nathan;

I write with the consent of the Government, by AUSA Adam Hobson to continue Martinez's release on bond, and all the terms of that bond release from June 20, 2020, to the date of Martinez's sentencing.   SO ORDERED

Thank you.

Respectfully,

B. Alan Seidler

bas/ee