UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Richard Martinez,

Defendant.

18-CR-526 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

On September 17, 2020, Defendant Richard Martinez filed a letter with this Court requesting that the Court modify his bail conditions by removing the home incarceration and location monitoring conditions of release. Dkt. No. 311. That same day, the Court ordered the Government to respond by September 21, 2020. Dkt. No. 312. The Government filed its response on September 22, 2020 and indicated that it consented to the Defendant's request. In light of the Government's consent and the reasons put forth in the Defendant's September 17, 2020 letter motion, the Defendant's request to remove the home incarceration and location monitoring conditions of his release on bond is hereby GRANTED.

SO ORDERED.

Dated: September 22, 2020
New York, New York

_____
ALISON J. NATHAN
United States District Judge