USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/22/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Richard Martinez,

        Defendant.

18-cr-526 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

      Sentencing in this matter is scheduled to take place on October 27, 2020 at 3 p.m. *See* Dkt. No. 301. As noted in this Court's October 19, 2020 Order and this Court's Individual Practices for Criminal Cases, Defendant's sentencing submission was due one week before the sentencing. As of the date of this Order, the Court has not received the Defendant's sentencing submission. Defendant shall file his sentencing submission by no later than October 23, 2020.

SO ORDERED.

Dated: October 21, 2020
      New York, New York

                                    ALISON J. NATHAN
                                    United States District Judge