USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  10/26/20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

United States of America,

–v–

Richard Martinez,

Defendant.

18-cr-526 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

A sentencing in this matter is scheduled for October 27, 2020 at 3 p.m.  The proceeding will be conducted by videoconference using the Skype for Business platform. The Court will separately provide the parties with instructions for accessing this platform.  At 3 p.m. on October 27, members of the public may access audio for the proceeding by calling (917) 933-2166 and entering Conference ID number 336909294.

SO ORDERED.

Dated:  October 26, 2020
        New York, New York

ALISON J. NATHAN
United States District Judge